IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RITA SHAE WOODHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:08 CV 207 |
| ) | |
| WAL-MART STORES, INC, ET AL ) | |
| ) | |
| Defendant, ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Wal-Mart Stores East, L.P., incorrectly named in Plaintiff's Complaint as Wal-Mart Stores, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

☒   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Wal-Mart Stores, Inc. | Parent company |
| Wal-Mart de Mexico, S.A. de C.V | Shares parent company |
| The Seiyu, Ltd | Shares parent company |

Date:  March 26, 2008

/s/ Jennifer A. Doughty
W. Pemble DeLashmet
Chad C. Marchand
Jennifer A. Doughty
Counsel for Wal-Mart Stores East, L.P.

P. O. Box 2047
Mobile, Alabama  36652
(251) 433-1577

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 26th day of March 2008, to:

Charles N. Reese
Post Office Box 250
Daleville, Alabama  36322

| | |
|---|---|
| March 26, 2008 | /s/ Jennifer A. Doughty |
| Date | Signature |