IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **RITA SHAE WOODHAM,** )<br>)<br>    Plaintiff, )<br>) | <br><br><br>CIVIL ACTION NO. |
| v. ) | 1:08cv207-MHT |
| )<br>**WAL-MART STORES, INC.** and )<br>**RAY COOTS,** )<br>)<br>    Defendants. ) | |

### ORDER

Defendant Wal-Mart Stores, Inc., having stated in its notice of removal that defendant Ray Coots was been fraudulently joined, it is ORDERED that the parties show cause, if any there be, in writing by April 18, 2008, as to why defendant Ray Coots should not be dismissed as fraudulently joined.

DONE, this the 27th day of March, 2008.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE