**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature: R Adams]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
R ADAMS

C. Date of Delivery
3/27/08

1. Article Addressed to:

Ray Coots
C/O Wal-Mart Inc.
600 Boll Weevil Circle
Enterprise, Al. 36330
08cv207 S, C, Ntc Rem, Ans

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
7007 2560 0003 0380 4322

PS Form 3811, August 2001     Domestic Return Receipt     2ACPRI-03-P-4081