IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RITA SHAE WOODHAM**<br>**Plaintiff** | )<br>)<br>) |
| **VS.** | )<br>) |
| | )    **CASE NO. 1:08 CV 207** |
| **WALMART STORES, INC., et al,**<br>**Defendants** | )<br>)<br>) |

**CONFLICT DISCLOSURE STATEMENT**

    COME NOW Rita Shae Woodham, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X    Rita Shae Woodham is an individual, or

        This party is a governmental entity, or

        There are no entities to be reported, or

        The following entities and their relationship to the party are hereby reported:

Reportable Entity Relationship to Party         <u>NONE</u>
                                                                                      4-11-2008

                                            S/Charles N. Reese
                                            Charles N. Reese
                                            Counsel for Daniel Dean and
                                            Daniel Dean Benton,
                                            P. O. Drawer 250
                                            Daleville, Alabama
                                            36322
                                            334-598-6321
                                            cneville@alabamalaw.net

Certificate of Service

I hereby certify that the foregoing was served upon Jennifer A. Doughty, W. Pemble Delashmet, Chad C. Marchand Attorneys for Defendants Walmart Stores East L.P. by the electronic filing system this the 11th day of April 2008.

S/Charles N. Reese