IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RITA SHAE WOODHAM** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **VS.** | ) | |
| | ) | **CASE NO. 1:08 CV 207** |
| **WALMART STORES, INC., et al,** | ) | |
| **Defendants** | ) | |
| | ) | |

Motion to Substitute

 Comes the plaintiff and moves the Honorable Court to substitute for defendant Walmart Stores, Inc. the entity Wal-Mart Stores East, L.P. based upon the representation by defense counsel that the entity operating the retail outlet in Enterprise, Alabama commonly known as the Wal-Mart Supercenter is Wal-Mart Stores East, L.P.

        S/Charles N. Reese
        Charles N. Reese, (REE010)
        Counsel for Rita Shae Woodham,
        P. O. Drawer 250
        Daleville, Alabama
        36322
        334-598-6321
        cneville@alabamalaw.net

Certificate of Service

 I hereby certify that the foregoing was served upon Jennifer A. Doughty, W. Pemble Delashmet, Chad C. Marchand Attorneys for Defendants Wal-Mart Stores East L.P. by the electronic filing system this the 11th day of April 2008.

        S/Charles N. Reese