| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☒ Addressee<br>B. Received by ( Printed Name )  R. Adams<br>C. Date of Delivery  4-10-08 |
| 1. Article Addressed to:<br>Roy Coats<br>c/o Wal-Mart Supercenter<br>600 Boll Weevil Circle<br>Enterprise, Alabama<br>36330 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>08 CV 207 NO ₹ Answer<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label)  7001 1940 0000 2376 3481 | |

PS Form 3811, August 2001      Domestic Return Receipt      102595-01-M-2509