**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 14, 2008

# NOTICE OF NON-COMPLIANCE

**To: ALL COUNSEL OF RECORD**
**From: CLERK'S OFFICE**

**Case Style: Rita Shae Woodham vs. Walmart Stores, Inc. et al**

**Case Number: 1:08cv207-MHT**

**Referenced Pleading: Document #15- Amended Complaint**

**The referenced pleading was electronically filed on \*\*\*April 11, 2008\*\*\* in this case and is not in compliance with Rule 15 of the FRCP. A party may amend a pleading on by leave of court if a responsive pleading has been filed.**

**The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**