IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RITA SHAE WOODHAM**  )<br>**Plaintiff** )<br>  )<br>**VS.** )<br>  ) | **CASE NO. 1:08 CV 207** |
| **WALMART STORES, INC., et al,** )<br>**Defendants** )<br>  ) | |

**AMENDED CONFLICT DISCLOSURE STATEMENT**

  COME NOW Rita Shae Woodham, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

  X  Rita Shae Woodham is an individual, or

    This party is a governmental entity, or

    There are no entities to be reported, or

    The following entities and their relationship to the party are hereby reported:

Reportable Entity Relationship to Party    NONE
                                 4-14-2008

                     S/Charles N. Reese
                     Charles N. Reese
                     Counsel for Rita Shae Woodham
                     P. O. Drawer 250
                     Daleville, Alabama 36322
                     334-598-6321
                     cneville@alabamalaw.net

Certificate of Service

       I hereby certify that the foregoing was served upon Jennifer A. Doughty, W. Pemble Delashmet, Chad C. Marchand Attorneys for Defendants Walmart Stores East L.P. by the electronic filing system this the 14th April 2008.

                                            S/Charles N. Reese