IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| RITA SHAE WOODHAM,               )<br>                                  )<br>    Plaintiff,                   )<br>                                  )   CIVIL ACTION NO.<br>    v.                            )     1:08cv207-MHT<br>                                  )<br>WAL-MART STORES EAST, L.P.  )<br>and RAY COOTS,                   )<br>                                  )<br>    Defendants.                   ) | |

### ORDER

It is ORDERED that plaintiff's motion to substitute (doc. no. 13) is granted. The court assumes that defendants have no objection to the allowance of the substitution; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 14th day of April, 2008.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE