IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **RITA SHAE WOODHAM,**   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>**WAL-MART STORES EAST, L.P.** )<br>**and RAY COOTS,**   )<br>   )<br>   Defendants.   ) | **CIVIL ACTION NO.**<br>**1:08cv207-MHT** |

**ORDER**

**It is ORDERED that plaintiff's motion to allow amendment to the complaint (doc. no. 14) is granted. The court assumes that defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.**

**DONE, this the 14th day of April, 2008.**

   /s/ Myron H. Thompson   
**UNITED STATES DISTRICT JUDGE**