**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 15, 2008

# NOTICE OF CORRECTION

To:  ALL COUNSEL OF RECORD
From: CLERK'S OFFICE

**Case Style: Rita Woodham vs. Walmart Stores, Inc. et al**

**Case Number: 1:08cv207-MHT**

**Referenced Pleading: Document #18- Amended Notice of Corporate Disclosure Statement**

**The referenced pleading was electronically filed on \*\*\*April 14, 2008\*\*\* in this case and is hereby STRICKEN from the record as duplicate entry to the Notice of Conflict Disclosure Statement filed on 4/11/08 (Doc. #12).**