IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| RITA SHAE WOODHAM, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART STORES EAST, L.P. )<br>and RAY COOTS, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>1:08cv207-MHT |

ORDER

It is ORDERED that the motion to remand (Doc. No. 23) is set for submission, without oral argument, on April 25, 2008, with all briefs due by said date.

DONE, this the 17th day of April, 2008.

         /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE