**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| RITA SHAE WOODHAM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.  1:08 CV 207 |
| | ) |
| WAL-MART STORES, INC., ET AL., | ) |
| | ) |
|     Defendant. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1. Pursuant to Federal Rule of Civil Procedure 26(f), a meeting of the parties was held on April 17, 2008, via telephone conference and was attended by:

    Charles N. Reese for Plaintiff

    Jennifer A. Doughty for Defendant

2. Pre-Discovery Disclosures. The parties will exchange by May 2, 2008 the information required by Fed. R. Civ. P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects:

        i. The alleged hazard;

        ii. Knowledge, if any, by the parties of the alleged hazard;

        iii. Policies and procedures for floor cleaning;

        iv. Causation;

        v. Plaintiff's alleged injuries;

        vi. The identity of workers;

        vii. Policies and procedures for stocking shelves;

        viii. Policies and procedures for setting up the floor plan; and

      ix. Policies and procedures regarding safety sweep programs and other programs specifically designed for the purpose of identifying hazards and risks.

b. Disclosure or discovery of electronically stored information should be handled as follows:

      i. If applicable, information will be provided on CD-Rom.

c. The parties have agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production as follows:

      i. The parties will provide a privilege log in accordance with Fed. R. Civ. P. 26(b)(5).

      ii. The parties will submit a Stipulated Protective Order, as appropriate.

d. All discovery commenced in time to be completed by January 15, 2009.

e. Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

f. Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

g. Maximum of ten (10) depositions by plaintiff and ten (10) by defendant.

h. Each deposition limited to maximum of seven (7) hours unless extended by agreement of parties.

      i. Reports from retained experts under Rule 26(a)(2) due: from plaintiff by November 30, 2008; from defendant by December 15, 2008.

      j. Supplementations under Rule 26(e) due within 14 days of discovery indicating that supplementation is required.

4. Other Items:

    a. The parties do not request a conference with the court before entry of the scheduling order.

    b. The parties request a pre-trial conference in April 2009.

    c. Plaintiff should be allowed until June 17, 2008 to join additional parties and until June 17, 2008, to amend the pleadings.

    d. Defendant should be allowed until July 17, 2008 to join additional parties and until July 17, 2008, to amend the pleadings.

    e. All potentially dispositive motions should be filed by February 15, 2009.

    f. Settlement cannot be evaluated prior to the close of discovery.

    g. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff by April 14, 2009, and from defendant by April 28, 2009.

    h. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

        i.        The case should be ready for trial by May 2009 and is expected to take approximately 2-3 days.

Date:   April 18, 2008

| | |
|---|---|
| /s/ Charles N. Reese | /s/ Jennifer A. Doughty |
| CHARLES N. REESE | CHAD C. MARCHAND     (MARCC5089) |
| P. O. Box 250 | JENNIFER A. DOUGHTY  (DOUGJ5407) |
| Daleville, Alabama  36322 | DeLashmet & Marchand, P.C. |
| (334) 598-6321 | P. O. Box 2047 |
| Attorney for Plaintiff | Mobile, Alabama  36652 |
| | (251) 433-1577 |
| | jad@delmar-law.com |
| | ccm@delmar-law.com |
| | Attorneys for Defendant, Wal-Mart Stores East, L.P. |