IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| RITA SHAE WOODHAM,              ) | |
| ) | |
|    Plaintiff,              ) | |
| ) | CIVIL ACTION NO. |
|    v.              ) | 1:08cv207-MHT |
| ) | |
| WAL-MART STORES EAST, L.P.   ) | |
| and RAY COOTS,              ) | |
| ) | |
|    Defendants.              ) | |

## ORDER

It is ORDERED that the objection to allowance of amendment (Doc. No. 27) is set for submission, without oral argument, on April 25, 2008, with all briefs due by said date.

DONE, this the 22nd day of April, 2008.

                                          /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE