IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RITA SHAE WOODHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs.  ) | CASE NO. 1:08CV-207-MHT |
| ) | |
| WAL-MART STORES EAST, L.P., et. al.  ) | Removed from the Circuit Court of |
| ) | Coffee County, No. CV-08-0044 |
| Defendants.  ) | |

MOTION TO DISMISS

Defendant RAY COOTS moves this Honorable Court pursuant to Federal Rule of Civil Procedure 12(b) to enter an order dismissing this action against him.  In support of said motion, Defendant RAY COOTS adopts and incorporates as if fully set forth herein Defendant Wal-Mart Stores East, L.P.'s (1) Notice of Removal (Doc. 1); (2) Objection and Brief in Opposition to Plaintiff's Motion for Leave to Amend the Complaint (Doc. 27); and (3) Response and Opposition to Plaintiff's Motion to Remand (Doc. 30).

WHEREFORE, Defendant RAY COOTS requests this Honorable Court enter an Order dismissing all of Plaintiff's claims against said Defendant with prejudice.

Respectfully submitted,

/s/ Jennifer A. Doughty
W. PEMBLE DELASHMET (DELAW0873)
CHAD C. MARCHAND     (MARCC5089)
JENNIFER A. DOUGHTY  (DOUGJ5407)
Attorneys for Defendants, Wal-Mart Stores East, LP

OF COUNSEL:

DeLashmet & Marchand, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:   (251) 433-1577
Facsimile:    (251) 433-1578

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this day April 30, 2008, filed the foregoing with the Clerk of the Court using the appropriate electronic filing system, which will send notice to the following counsel of record:

Charles N. Reese
Post Office Box 250
Daleville, Alabama  36322

                                                    /s/ Jennifer A. Doughty
                                                  OF COUNSEL